**CONSUMER LAW EXPERTS, PC**
Carey Wood (SBN 292447)
Bobby Walker (SBN 321788)
800 Parkview Dr. N
El Segundo, California 90245
Telephone: (310)442-1410
Facsimile: (310) 566-8828
Attorneys for Plaintiff,
MUWAFAQ ALZGHOUL

**THETA LAW FIRM, LLP**
Soheyl Tahsildoost (SBN 271294)
Mehgan Gallagher (SBN 338699)
12100 Wilshire Boulevard, Suite 1070
Los Angeles, California 90025
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
Attorneys for Defendant,
MERCEDES-BENZ USA, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUWAFAQ ALZGHOUL, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MERCEDES-BENZ USA, LLC; and DOES 1 through 10, inclusive <br><br> Defendants. | Case No.: 5:23-cv-02387-MEMF-SP <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Judge:   Hon. Maame Ewusi-Mensah Frimpong |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Muwafaq Alzghoul ("Plaintiff") and Defendant Mercedes-Benz USA, LLC ("Defendant" or "MBUSA") (collectively the "Parties") have reached a settlement as to all claims in the above-referenced matter. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.  However, the Parties have not yet resolved the issue of attorneys' fees and costs, which are available to Plaintiff under Cal. Civ. Code § 1794(d).  If the Parties are unable to resolve the fees informally, Plaintiff may present the Court with a fee motion.

Once all terms of the settlement are completed and payment is received by Plaintiff, including attorneys' fees and costs, to be determined by agreement or noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 120 days.

IT IS SO STIPULATED.

Dated:   October 1, 2024          **CONSUMER LAW EXPERTS, PC**

　　　　　　　　　　　　　　　　　_/s/ Bobby Walker_ __
　　　　　　　　　　　　　　　　　Carey Wood
　　　　　　　　　　　　　　　　　Bobby Walker
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　MUWAFAQ ALZGHOUL


Dated:   October 1, 2024          **THETA LAW FIRM, LLP**

　　　　　　　　　　　　　　　　　_/s/ Mehgan Gallagher_
　　　　　　　　　　　　　　　　　Mehgan Gallagher
　　　　　　　　　　　　　　　　　Soheyl Tahsildoost
　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　MERCEDES-BENZ USA, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Bobby Walker, Esq. counsel for Plaintiff, and that I have obtained authorization to affix their electronic signature to this document.

THETA LAW FIRM, LLP



By: _____

MEHGAN GALLAGHER
Attorney for Defendant,
**MERCEDES-BENZ USA LLC**